IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **MONA WILLS,** | **3:12-CV-01227-BR** |
| Plaintiff, | **ORDER TO** |
| v. | **SHOW CAUSE** |
| **COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,** | |
| Defendant. | |

    Plaintiff filed its Complaint [1] on July 9, 2012. The Court's Social Security Procedural Order and Notice of Case Assignment [3] was issued July 9, 2012 directing Plaintiff to serve defendant within 120 days of the filing of the Complaint. To date, no proof of service has been filed.

    The Court hereby **ORDERS** Plaintiff to show cause in writing no later than December 14, 2012, why this action should not be dismissed for failure to serve Defendant.

    IT IS SO ORDERED.

    DATED this 29th day of November, 2012.

                                                        /s/ Anna J. Brown
                                                        ANNA J. BROWN
                                                        United States District Judge

Order to Show Cause